UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALPHA THETA OF ALPHA DELTA PI
BUILDING ASSOCIATION,

    Plaintiff,

v.

PACIFIC NORTHWEST REGIONAL
COUNCIL OF CARPENTERS,

    Defendant.

Case No. C09-1306RSL

ORDER DENYING MOTION FOR
RECONSIDERATION; REQUESTING
RESPONSE TO MOTION TO
DISSOLVE THE TRO

This matter comes before the Court on defendant's motion to reconsider, dissolve, and/or set aside a temporary restraining order issued on an *ex parte* basis by a King County Superior Court Commissioner on September 11, 2009. The TRO prohibits defendant from certain conduct, including picketing, around plaintiff's premises and/or the premises of Alpha Delta Pi sorority. To the extent that defendant asks this Court to reconsider the ruling, that request is denied. Defendant has not cited any authority, nor is the Court aware of any, that would permit this Court to "reconsider" a ruling made by a state court. Instead of seeking review of the order in state court, defendant elected instead to remove the case immediately. This Court has no authority to "overturn" a state court order as defendant requests. Nor are Federal Rules of Civil Procedure 59 or 60 applicable as defendant contends to an order issued by a state court. For

ORDER - 1

these reasons, the motion for reconsideration is denied.

Although the Court denies the request for reconsideration, the request to dissolve the TRO is a separate issue. Resolving the merits of that request would be premature because it was improperly filed. Defendant filed the motion under seal and on an *ex parte* basis, but there was no basis for doing so. Rather, plaintiff must receive notice of the motion and an opportunity to respond to it. Defendant transmitted a copy of the motion to plaintiff's counsel via e-mail on September 15, 2009. Plaintiff must file a response to the motion to dissolve the TRO by September 17, 2009. Defendant's reply, if any, must be filed by September 18, 2009. The parties' memoranda must address whether this Court has jurisdiction over this dispute, whether the TRO should be dissolved, and when the TRO will expire if it is not dissolved.

For the foregoing reasons, the Court DENIES defendant's motion (Dkt. #4) to the extent that it seeks reconsideration and RENOTES it in part for consideration on September 18, 2009 of whether the TRO should be dissolved. The Clerk of the Court is requested to mail a copy of this order to plaintiff's counsel, Matthew O'Conner, and to send him a copy via e-mail to matthew@mdolaw.com, which is the e-mail address that appears on the website of the Washington State Bar Association. The Clerk of the Court is further directed to unseal the motion (Dkt. #4).

DATED this 16th day of September, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2