UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

---

ALPHA THETA OF ALPHA DELTA PI
BUILDING ASSOCIATION,

        Plaintiff,

v.

PACIFIC NORTHWEST REGIONAL COUNCIL
OF CARPENTERS,

        Defendant.

Case No. C09-1306RSL

ORDER TO SHOW CAUSE

---

On October 15, 2009, the Court issued an order requiring the parties to file a Joint Status Report by November 26, 2009. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Thursday, December 17, 2009, file their Joint Status Report and show cause to the Court why sanctions should not be imposed for their failure to comply with the Order of October 15, 2009. The Clerk is directed to place this Order to Show Cause on the Court's calendar for December 18, 2009.

DATED this 9th day of December, 2009.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE